THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Lawrence William Barrett, III, Appellant.
 
 
 

Appeal from Charleston County
 J. Derham Cole, Circuit Court Judge 

Unpublished Opinion No.  2008-UP-516
 Submitted September 2, 2008  Filed
September 9, 2008

APPEAL DISMISSED

 
 
 
 Joseph L. Savitz, III, Chief Attorney, South Carolina Commission
 on Indigent Defense, Division of Appellate Defense, of Columbia; for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliot, all of the Office of the Attorney General, of Columbia; and Ralph E.
 Hoisington, Solicitor, Ninth Judicial Circuit, of Charleston; for Respondent.
 
 
 

PER CURIAM: 
 Lawrence William Barrett, III, was convicted of armed robbery and possession
 of a firearm during the commission of a violent crime.  On appeal, Barrett argues the judge erred by allowing hearsay evidence
 that a witness saw a vehicle later traced to Barrett fleeing the scene of the
 crime.  Barrett did not file a pro se brief.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
ANDERSON, WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.